UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HON. ROY K. ALTMAN

ORDER SCHEDULING STATUS CONFERENCES

The cases listed below are **SET** for a status conference on **May 30, 2025, at 2:00 p.m. Absent good cause, counsel**[1] **for Miami Division cases must attend in person** at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue Courtroom 12-4, Miami, Florida 33128.[2] **Counsel for Fort Lauderdale Division cases may appear** *either* **in person** *or* **by Zoom**. For those attending by Zoom, the Meeting ID is 160 7688 8099. The Passcode is 183310.[3] Accordingly, we hereby **ORDER** as follows:

1. The Clerk of Court is directed to file this Order in **each** of the below cases.
2. The parties (unless *pro se*) are **not** personally required to appear.
3. Counsel for Miami Division cases may move to appear remotely by Zoom upon a showing of good cause, but all motions to appear remotely must be filed at least **24 hours before the hearing.** This motion, like all motions, must comply with our Local Rules. Untimely or noncompliant motions will be stricken.
4. If the parties settle before our hearing date, they shall promptly file a notice on the docket informing us of the settlement.
5. Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of this Order.**

---

[1] When we say "counsel" in this Order, we also mean *pro se* litigants. Each mention of "counsel" in this Order, therefore, applies with equal force to *pro se* litigants.

[2] What matters for purposes of this Order is where the case was *filed*, not where counsel lives (or works).

[3] The Court does not issue a Zoom link. Please access the Zoom meeting by going to Zoom.us (or opening a Zoom app), clicking "join a meeting," and entering the Meeting ID and Passcode.

6. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

7. The cases will be called according to the following schedule:

    a. 18-cv-61550 – *Shenzhen Kinwong Electronic Co. v. Kukreja*

    b. 22-cv-20925 – *Coleman v. Burger King Corp.*

    c. 23-cv-21272 – *CCER Investments LLC v. Scottsdale Insurance Company*

    d. 23-cv-22455 – *HAMOC v. UnitedHealthcare Services, Inc.*

    e. 24-cv-20228 – *Rondon v. Carnival Corp.*

    f. 24-cv-21736 – *Foster v. Royal Caribbean Cruises, Ltd.*

    g. 24-cv-22043 – *Johnson v. Webhelp Americas, LLC*

    h. 24-cv-23203 – *Hall v. Carnival Corporation*

    i. 24-cv-23308 – *Fregoso v. Carnival Corp.*

    j. 24-cv-23407 – *Mitchell v. Carnival Corp.*

    k. 24-cv-23576 – *Ruggiero v. NCL (Bahamas) Ltd.-*

    l. 24-cv-24012 – *Arrau v. MSC Cruises S.A.*

    m. 24-cv-24099 – *Barberi v. Raluna Solar Energy Solutions, Inc.*

    n. 25-cv-20310 – *Biscaha v. US Mortgage Lenders, LLC*

    o. 25-cv-20430 – *De La Torre Pardo v. J & R Marine, Inc.*

    p. 25-cv-20503 – *San Roman Dunne v. Cabrera*

    q. 25-cv-20562 – *D.D. v. Princess Cruise Lines, Ltd.*

    r. 25-cv-20661 – *Proano v. Fuenmayor Perozo*

**DONE AND ORDERED** in the Southern District of Florida on May 23, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record