UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22–CIV–20925-ALTMAN/Reid

WALTER COLEMAN, et al.,

    Plaintiffs,

vs.

BURGER KING CORPORATION,

    Defendant.

_____/

### AGREED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendant Burger King Corporation ("BKC"), pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, moves for the entry of the Agreed Protective Order (the "Agreed Protective Order"), which is attached hereto as **Exhibit A**. The grounds for this Agreed Motion are as follows:

1. The parties have agreed that production of documents in this action may call for information that is proprietary, confidential, or constitutes trade secrets, the public disclosure of which would cause irreparable harm to the parties.

2. The parties have further agreed that it is in their best interest to have the Agreed Protective Order entered to address such information.

3. Accordingly, the parties respectfully request that this Court enter the attached Agreed Protective Order, which will facilitate the discovery and production of confidential documents and information without jeopardizing the confidential nature of the documents and information.

4. The attached Agreed Protective Order has been reviewed and agreed to by

counsel for the parties, which agreement is indicated by the signatures on the attached Agreed Protective Order.

WHEREFORE, Defendant Burger King Corporation respectfully requests the Court enter the Agreed Protective Order attached hereto as **Exhibit A**, and for any other relief this Court deems just and proper.

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of Americas
New York, NY 10036
Telephone: (212) 248-3191
NY State Bar No. 2925097
Jeffrey.Jacobson@faegredrinker.com

/s/ Michael D. Joblove
Michael D. Joblove
GENOVESE JOBLOVE & BATTISTA
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
mjoblove@gjblaw.com

*Attorneys for Burger King Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF this 29th day of August, 2022.

/s/ Michael D. Joblove
Attorney

Case No. 22–CIV–20925-ALTMAN/Reid

**SERVICE LIST**
*Walter Coleman, et al. v. Burger King Corporation*
Case No.: 22-cv-20925-RKA

Michael D. Joblove, Esq.
mjoblove@gjb-law.com
Genovese Joblove & Battista, P.A.
100 Southeast Second Street
Miami Tower, Suite 4400
Miami, Florida  33131
Telephone:  (305) 349-2300
Facsimile:   (305) 349-2310
*Attorneys for Burger King Corporation*

Jeffrey S. Jacobson, Esq. (*pro hac vice*)
Jeffrey.jacobson@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 248-3191
*Attorneys for Burger King Corporation*

Anthony J. Russo, Jr., Esq.
anthony@therussofirm.com
Anthony J. Russo, Jr., P.A.
d/b/a The Russo Firm
301 West Atlantic Avenue, Suite 0-2
Delray Beach, FL 33444
Telephone: (844) 847-8300
*Attorneys for Plaintiffs*

James C. Kelly (*pro hac vice* forthcoming)
jkelly@jckellylaw.com
The Law Office of James C. Kelly
244 5th Avenue, Suite K-278
New York, New York 10001
Telephone: (212) 920-5042
*Co-counsel for Plaintiffs*