## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Walter Coleman, *et al.*, | Case No.: 1:22-cv-20925-RKA/LMR |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BROUGHT BY PLAINTIFF ANTHONY SCOTT WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |
| vs. | |
| Burger King Corporation, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), Plaintiff Anthony Scott dismisses, without prejudice, the claims alleged by Plaintiff Scott individually against Defendant Burger King Corporation. This voluntary dismissal does not affect the pendency of the class claims or the claims of any other Plaintiff.

Dated: December 6, 2022

Respectfully submitted,

*/s/ Anthony J. Russo*
Anthony J. Russo, Jr., P.A.
d/b/a The Russo Firm
301 West Atlantic Avenue, Suite O-2
Delray Beach, FL 33444
T: 844-847-8300
E: anthony@therussofirm.com

Mark Anthony Panzavecchia
Panzavecchia & Associates, PLLC
1000 Franklin Ave., Suite 204
Garden City, NY 11530
T: 516-965-2854
E: mark@panzavecchialaw.com

James C. Kelly (admitted *pro hac vice*)
The Law Office of James C. Kelly
244 5th Avenue, Suite K-278
New York, New York 10001
T: 212-920-5042
E: jkelly@jckellylaw.com

*Co-counsel for Plaintiffs
and the proposed class*