IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Walter Coleman, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>Burger King Corporation,<br><br>        Defendant. | Case No.: 1:22-cv-20925-RKA/LMR<br><br>**REPLY TO DEFENDANT BURGER KING CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND EXCHANGE EXPERT REPORTS** |

  Plaintiff submits this Reply to Defendant Burger King Corporation's Opposition To Plaintiffs' Motion To Extend Deadlines. For the reasons detailed in the attached Declaration of James C. Kelly, Esq., In Reply to Defendant Burger King Corporation's Opposition To Plaintiffs' Motion To Extend Deadlines, Plaintiffs have shown good cause to extend the deadlines for the filing of Plaintiffs' motion for class certification and exchanging expert summaries or reports. Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs' motion.

  Dated: December 12, 2022

                   Respectfully submitted,

                   */s/ Anthony J. Russo*
                   Anthony J. Russo, Jr., P.A.
                   d/b/a The Russo Firm
                   301 West Atlantic Avenue, Suite 0-2
                   Delray Beach, FL 33444
                   T: 844-847-8300
                   E: anthony@therussofirm.com

                   Mark Anthony Panzavecchia
                   Panzavecchia & Associates, PLLC
                   1000 Franklin Ave., Suite 204
                   Garden City, NY 11530

        T: 516-965-2854
        E: mark@panzavecchialaw.com

        James C. Kelly (admitted *pro hac vice*)
        The Law Office of James C. Kelly
        244 5th Avenue, Suite K-278
        New York, New York 10001
        T: 212-920-5042
        E: jkelly@jckellylaw.com

        *Co-counsel for Plaintiffs*
        *and the proposed class*