# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Walter Coleman, *et al.*,<br>Plaintiffs,<br>vs.<br>Burger King Corporation,<br>Defendant. | Case No.: 22-CIV-20925-ALTMAN<br>**JOINT DECLARATION** |

Anthony J. Russo, Mark A. Panzavecchia, and James C. Kelly, declare under penalty of perjury, that the following is true and correct:

1. We are co-counsel for Plaintiffs in the above-captioned action ("Action").

2. We submit this declaration in support of the appointment of Anthony J. Russo, from Anthony J. Russo, Jr., P.A., Mark A. Panzavecchia, from Panzavecchia & Associates, PLLC, and James C. Kelly, from The Law Office of James C. Kelly, as co-counsel for the class.

**Anthony J. Russo, Jr.**

3. Anthony J. Russo, Jr., is the founding partner of Anthony J. Russo, Jr., P.A., d/b/a The Russo Firm, and his corporate office is located in Delray Beach, Palm Beach County, Florida. As a consumer justice attorney, Mr. Russo focuses his practice on catastrophic personal injury, wrongful death, and defective pharmaceutical drugs and medical devices.

4. For over two decades, Mr. Russo has handled thousands of consumer justice and personal injury lawsuits and has successfully litigated and tried cases throughout Florida and the United States.

5. Prior to starting The Russo Firm, Anthony was the managing partner of the Weston, Florida Law Firm of Freedland, Farmer, Russo & Sheller, P.A. and later Freedland Russo, P.L. (WestonLawyers.com) and founding partner of the Law Firm of Russo & Mitchell.

6. As a member of Freedland, Farmer, Russo & Sheller, P.A., the firm handled several Qui Tam Whistleblower and Class Action cases, with Mr. Russo actively participating in such matters.

7. Mr. Russo received his Juris Doctor from Nova Southeastern University in Broward County, Florida. Mr. Russo was admitted to the Florida Bar in 1995 and is also admitted to practice law in New York, New Jersey, the District of Columbia as well as the United States Northern, Middle and Southern District Courts of Florida and the United States Court of Appeals 11th Circuit.

8. Mr. Russo is an active member of the Florida Justice Association, Broward County Justice Association, National Trial Lawyers Association, the Florida Bar Association, and the Florida Lawyers Action Group. Mr. Russo also devotes his personal time to a variety of social and charitable causes. He formally served as the Legal Pro-Bono Supervisor for MADD's Court Monitoring Program and currently sits on the Board of Directors of the Florida Initiative for Suicide Prevention (F.I.S.P.) and the Wonder Seed Foundation. He served as the 2007-2008 President of the Rotary Club of Weston and is a former Board of Director of the Sheinberg Family YMCA of Broward County.

**Mark A. Panzavecchia**

9. Mark A. Panzavecchia is the managing partner at Panzavecchia & Associates, PLLC, located in Garden City, New York. His principal practice areas are personal injury, negligence, toxic tort litigation, premises liability, criminal defense and commercial litigation. He has successfully tried numerous civil and criminal cases in New York and Florida.

10. Prior to joining the firm, Mr. Panzavecchia worked for nearly six years as an Assistant District Attorney with the Bronx County District Attorney's Office. During his tenure, Mr. Panzavecchia gained extensive jury trial experience by trying over fifty cases.

11. Thereafter, Mr. Panzavecchia joined the law firm of Levy, Phillips & Konigsberg, where he worked for two years on personal injury cases, toxic torts, and a class action lawsuit involving violations of civil rights. Notably, Mr. Panzavecchia was part of a team of attorneys that litigated and settled an employment discrimination lawsuit brought by thousands of Latino and African American police officers against the New York City Police Department.

12. In 2001, after the devastating attacks suffered on the World Trade Center, Mr. Panzavecchia personally handled three separate victim compensation fund claims, relating to personal injuries and wrongful death. Working these claims on a pro bono basis, Mr. Panzavecchia conducted damage award hearings before the September 11th Victims Compensation Board in order to maximize the damage award pursuant to the guidelines of the fund.

13. As an associate at the law firm of Ahmuty, Demers & McManus, Mr. Panzavecchia' s practice was in insurance defense litigation, bringing auto, premise liability, and property damage cases to verdict. In addition, Mr. Panzavecchia litigated numerous cases ranging from wrongful death to automobile accident cases.

14. Mr. Panzavecchia is an adjunct faculty member at John Jay College of Criminal Justice, a division of the City University of New York where he teaches Evidence, Criminal law, the New York Penal law, Constitutional law, and the American Judiciary.

15. Mr. Panzavecchia obtained his law degree from University of Illinois at Chicago in 1996. He is admitted to practice in the state courts of Florida, New York, Arizona, as well as the United States Supreme Court. In addition, Mr. Panzavecchia is in good standing and is admitted to practice law in the United States District Court, Eastern District of New York, United States District Court, Southern District of New York, United States District Court, Southern District of Florida, United States District Court, Middle District of Florida and United States District Court, Northern District of Illinois.

**James C. Kelly**

16. James C. Kelly is the founder of the Law Office of James C. Kelly, a firm founded in November 2011 and located in New York, New York. Mr. Kelly has been litigating class actions and complex commercial lawsuits in courts throughout the United States for over 18 years.

17. The Law Office of James C. Kelly has prosecuted a class action against Citibank in the United States District Court for the Southern District of New York. After years of litigation, a bench trial, and two appeals before the Second Circuit Court of Appeals, Mr. Kelly negotiated a nationwide settlement estimated to have a value of approximately $10 million, which was approved by the court. *See Bertram Hirsch, et al. v. Citibank NA*, Case No. 1:12-cv-01124-DAB-JLC (S.D.N.Y).

18. The Law Office of James C. Kelly also prosecuted a class action against Blue Diamond Growers for misleading consumers in connection with the sale of its Almond Breeze labeled almond milk products in not disclosing that said products contain only 2% almond content.

*See Albert v. Blue Diamond Growers*, 151 F. Supp. 3d 412 (S.D.N.Y. 2015) (denying defendants' motion to dismiss). This lawsuit was resolved along with other class actions that were brought against Blue Diamond Growers in a $9 million nationwide settlement that was approved in the Circuit Court of Washington County, Arkansas.

19. Mr. Kelly is a graduate of Brooklyn Law School (2004) and is in good standing and admitted to the Bar of the State of New York, the Bar of the United States District Court for the Eastern District of New York, and the Bar of the United States District Court for the Southern District of New York.

20. Mr. Kelly has been admitted *pro hac vice* by the Court in the above-captioned matter. *See* ECF No. 14.

21. We declare under penalty of perjury that the foregoing is true and correct.

Date: December 21, 2022

Respectfully submitted,

Anthony J. Russo, Jr., P.A.
d/b/a The Russo Firm
301 West Atlantic Avenue, Suite 0-2
Delray Beach, FL 33444
T: 844-847-8300
E: anthony@therussofirm.com

Mark Anthony Panzavecchia
Panzavecchia & Associates, PLLC
1000 Franklin Ave., Suite 204
Garden City, NY 11530
T: 516-965-2854
E: mark@panzavecchialaw.com

James C. Kelly (admitted *pro hac vice*)

The Law Office of James C. Kelly
244 5th Avenue, Suite K-278
New York, New York 10001
T: 212-920-5042
E: jkelly@jckellylaw.com

*Co-counsel for Plaintiffs
and the proposed class*