UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20925-ALTMAN/Reid

**WALTER COLEMAN**, *et al.*,

    *Plaintiffs*,

v.

**BURGER KING CORPORATION**,

    *Defendant*.
_____/

## ORDER

This case is currently set for trial during the two-week trial period beginning on September 10, 2024, *see* Amended Scheduling Order [ECF No. 68], but there's a pending motion that must be resolved before trial, *see* Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint [ECF No. 70].

Accordingly, we hereby **ORDER and ADJUDGE** that the case is **STAYED and administratively CLOSED** pending our resolution of this motion. Once we resolve the motion, we will reopen the case and set a hearing to discuss a new scheduling order. **In the meantime, all deadlines—including the trial period—are stayed**, but the parties may continue to engage in discovery until May 15, 2024.

**DONE AND ORDERED** in the Southern District of Florida on May 2, 2024.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record