UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20925-ALTMAN/Reid

**WALTER COLEMAN**, *et al.*,

    *Plaintiffs*,

v.

**BURGER KING CORPORATION**,

    *Defendant*.

_____/

**ORDER**

The parties have filed a joint stipulation of dismissal [ECF No. 102] in accordance with Federal Rule of Civil Procedure 41(a). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**. The case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on January 28, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record